IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JAMES KEVIN MILLS,<br><br>PLAINTIFF<br><br>V.<br><br>WALMART, INC.,<br>f/k/a WAL-MART STORES, INC.;<br>and MIDEA AMERICA CO.<br><br>DEFENDANT | CASE NO. 5:24-CV-5112 |
| BRITTNEY STOUDEMIRE,<br><br>PLAINTIFF<br><br>V.<br><br>WALMART, INC.,<br>f/k/a WAL-MART STORES, INC.;<br>and MIDEA AMERICA CO.<br><br>DEFENDANT | CASE NO. 5:24-CV-5113 |

## ORDER

On August 23, 2024, the Court held a Case Management Hearing in the two cases styled above. During the hearing, the Court proposed to the parties that, because the two cases involve the same Defendants, the same counsel, and the same or similar background facts and causes of action, the cases should be consolidated for purposes of discovery. The parties agreed with this proposed course of action.

The consolidation of actions involving "common question[s] of law or fact" under Federal Rule of Civil Procedure 42(a) is vested in the court's discretion. *See Enterprise Bank v. Saettele*, 21 F.3d 233, 235 (8th Cir. 1994). A district court may consolidate *sua*

*sponte* if doing so will "eliminate unnecessary repetition and confusion. . . . without sacrifice of justice." *Devlin v. Transp. Commc'ns Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999) (internal quotations and citations omitted).

Accordingly, the Court *sua sponte* **CONSOLIDATES** for all discovery purposes case numbers 5:24-CV-5112 and 5:24-CV-5113. The parties are directed to conduct consolidated discovery: Unless the parties expressly agree otherwise with respect to a particular or discrete matter, discovery taken in one case is deemed to be taken in both cases. If certain discovery only applies to an individual case, the parties should clearly identify and explain why the discovery is confined to that case. Dispositive motions and trial will remain separate for each case and not be consolidated.

**IT IS ORDERED** that case 5:24-CV-5112, be designated the lead case. Though the docket for both cases will remain open, all discovery-related filings in either case should be made in the lead case. The Court directs the Clerk to file this Order in both cases.

**IT IS SO ORDERED** on this 27th day of August, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE